### 62752. ARMSTRONG et al. v. CATO.

QUILLIAN, Chief Judge.

In this action on a promissory note, the defendant appeals from the grant of plaintiff's motion for summary judgment.

The judgment is affirmed in accordance with Court of Appeals Rule 36 (2).

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED NOVEMBER 16, 1981.

*James R. Dollar, Jr.,* for appellants.
*William L. Martin III, Leo W. Clifton, Sr.,* for appellee.